CLOSED,PROV

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:19-mj-01937-KSC-1

| | |
|---|---|
| Case title: USA v. Jack | Date Filed: 05/10/2019 |
| | Date Terminated: 05/28/2019 |

Assigned to: Magistrate Judge Karen S. Crawford

**Defendant (1)**

| | | |
|---|---|---|
| **Robert Jack**<br>*TERMINATED: 05/28/2019* | represented by | **L. Marcel Stewart**<br>Law Office of L. Marcel Stewart<br>600 B Street<br>Suite 2100<br>San Diego, CA 92101<br>(619) 702-4123<br>Fax: (888) 810-9115<br>Email: lmslaw@att.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 - Wire Fraud | Case Removed to Eastern District of Michigan |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2019 | | Arrest of Robert Jack (no document attached) (jjg) (Entered: 05/10/2019) |
| 05/10/2019 | 1 | OUT OF DISTRICT COMPLAINT as to Robert Jack. (jjg).(jah-v) Modified on 5/14/2019 - Copy of Complaint provided to Defense Atty L. Marcel Stewart (jah). (Additional attachment(s) added on 5/23/2019: # 1 Out of District Arrest Warrant, # 2 Defendant Locator Form). Modified on 5/23/2019 - Case unsealed. Images added (jah). (Entered: 05/10/2019) |
| 05/10/2019 | 2 | Set/Reset Duty Hearings as to Robert Jack: Initial Appearance - ODC set for 5/10/2019 before Magistrate Judge Karen S. Crawford. (no document attached) (mxn) (Entered: 05/10/2019) |
| 05/10/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Government oral motion to unseal the case for hearing purposes only is granted. Initial Appearance - Out of District Complaint as to the person charged as Robert Jack held on 5/10/2019. The Court provisionally appoints attorney L. Marcel Stewart(n/a) for Robert Jack. Bond set as to Robert Jack (1) $20,000 PS secured by 1 FRRA and 10% cash deposit. The Court orders the case resealed. ( Removal/ID Hearing set for 5/23/2019 09:30 AM before Magistrate Judge Karen S. Crawford.) (CD# 5/10/2019 KSC 19-1:3:13-3:27). (Plaintiff Attorney Christopher Alexander AUSA). (Defendant Attorney Marcus Bourassa FD-S/A). (no document attached) (aje) (Entered: 05/13/2019) |
| 05/10/2019 | 4 | ***English. No Interpreter needed as to Robert Jack (no document attached) (aje) (Entered: 05/13/2019) |
| 05/10/2019 | 5 | ORDER Setting Conditions of Release. Bond set for Robert Jack (1) $20,000, secured by signature of 1 financially responsible adult and 10% cash deposit. Signed by Magistrate Judge Karen S. Crawford on 5/10/2019. (cc: L. Marcel Stewart, Pretrial) (jah) (jah-v). Modified on 5/23/2019 - Case unsealed. Pdf added (jah). (Entered: 05/14/2019) |
| 05/14/2019 | 6 | Bond Filed as to Robert Jack in amount of $20,000, Receipt # CAS111804. Signed by Magistrate Judge Karen S. Crawford on 5/14/2019. (Document applicable to USA, Robert Jack.) (cc: Pretrial) (jah) (jah-v). Modified on |

|  |  |  |
|---|---|---|
|  |  | 5/23/2019 - Case unsealed. Pdf added (jah). (Entered: 05/15/2019) |
| 05/14/2019 | 7 | ABSTRACT OF ORDER Releasing Robert Jack re 6 Bond. (cc: Pretrial) (jah) (jah-v). Modified on 5/23/2019 - Case unsealed. Pdf added (jah). (Entered: 05/15/2019) |
| 05/23/2019 | 8 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Removal/ID Hearing as to Robert Jack held on 5/23/2019. Defendant admits ID and waives hrg. Waiver filed. Government to submit Order of Removal by close of business. Govt motion to unseal case is Granted. (Sealed Clerk Notified) (CD# 5/23/2019 KSC 955-957; 1015-1017). (Plaintiff Attorney Nicholas Hernandez AUSA). (Defendant Attorney L. Marcel Stewart CJA). (no document attached) (ecs) (Entered: 05/23/2019) |
| 05/23/2019 | 9 | WAIVER of Rule 5 Hearings by Robert Jack. (srm) (Entered: 05/23/2019) |
| 05/23/2019 | 10 | CJA 23 Financial Affidavit by Robert Jack. (als) (Entered: 05/24/2019) |
| 05/28/2019 | 11 | ORDER OF REMOVAL to District of Eastern District of Michigan as to Robert Jack. Signed by Magistrate Judge Karen S. Crawford on 05/23/2019. (jxv) (Entered: 05/31/2019) |
| 05/31/2019 | 12 | NOTICE to Receiving District: **(Eastern District of Michigan)**, of Case Removal, as to Robert Jack. The following documents are available on the public docket: 11 Order of Removal to Another District, 7 Abstract of Order, 5 Order Setting Conditions of Release (Pretrial Release Order), 9 Waiver of Rule 5 Hearings. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (jxv) (Entered: 05/31/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2019 05:47:19 | | | |
| **PACER Login:** | leanneh6:4353742:0 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mj-01937-KSC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

FILED
MAY 23 2019
CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19MJ1937 |
| Robert Jack ) | |
| _____ ) | Charging District's Case No. |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Michigan

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[✓] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/23/19

_____
Defendant's signature

_____
Signature of defendant's attorney

Case 3:19-mj-30237-DUTY Document 25 Filed 05/13/19 PageID.68 Page 15 of 23
Case 3:19-mj-01937-DUTY Document 5 Filed 05/10/19 PageID.12 Page 1 of 2
AO 199A (Rev. 05/03/2018) Order Setting Conditions of Release (Modified)  Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
MAY 10 2019

United States of America )
v. )
Robert Jack ) Case No. 19MJ 1932
)
Defendant

## PRETRIAL RELEASE ORDER

~~SEALED~~
CASE UNSEALED

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County  ☑ Imperial County  ☐ State of California
☑ CDCA ~~(L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)~~
☒ Do not enter Mexico  ☑ Other Travel Restriction: Arizona, Michigan

### Additional Conditions

(10) ☐ (a) The defendant is released on personal recognizance.
☑ (b) The defendant must execute an appearance bond in the amount of $ __20,000__ that is:
☐ Unsecured.
☑ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
Security: ☑ The co-signatures of (1) financially responsible (and related) adults or _____.
☑ A cash deposit with the Court of $ __10%__.
☐ A trust deed to the United States on real property approved by a federal judge.
☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
☐ Other: _____.
Hearing: ☐ Surety examination  ☐ Nebbia hearing (bail source hearing)
(11) ☐ 18 U.S.C. § 3142(d) hold until _____: if no detainer is lodged by then, these conditions take effect.

cc: Defense Counsel, Pretrial  S WAH

(12) The defendant must:
- ☑ (a) actively seek or continue full-time employment, or schooling, or a combination of both.
- ☑ (b) reside with  (☑) a family member, surety, or _____, or
 (☑) at a residence approved by the Pretrial Services Office, ~~including any contract facility.~~
- ☑ (c) surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.
- ☐ (d) clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.
- ☐ (e) submit to psychological/psychiatric treatment at Pretrial Services' discretion.
- ☐ (f) submit to drug/alcohol testing no more than ___ times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.
- ☐ (g) not use alcohol at all.
- ☐ (h) not have a blood alcohol content (BAC) of .08% or more.
- ☐ (i) participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.
- ☐ (j) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ☐ (k) participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:
  - ☐ (i) **Curfew.** You are restricted to your residence (☐) every day from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer.
  - ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.
  - ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.
  
  Technology: ☐ Global Positioning System (GPS)  ☐ Radio Frequency  ☐ Voice Recognition
  - ☐ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.
  - ☐ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.
- ☐ (l) return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____
- ☐ (m) maintain residence at a halfway house, community corrections center, or residential facility, as the Pretrial Services Office or supervising officer considers necessary.
- ☐ (n) remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.
- ☐ (o) **Adam Walsh Act:** See attached Addendum for additional conditions.
- ☐ (p) Other conditions: _____

(13) ☐ All conditions previously set will remain the same.

Dated: 5/10/19

Honorable Karen S. Crawford
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



CASE SEALED (crossed out)

UNITED STATES OF AMERICA )
)
vs )
) CASE NUMBER 19mj1937
Robert )
Jack ) ABSTRACT OF ORDER
)
) Booking No. 74940298
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5/14/19
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ 20,000 F.R.A/Dep bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____         JOHN MORRILL         Clerk
        DUSM           by E. Silos 2923
                                  Deputy Clerk

Crim-9 (Rev. 8-11)                              ★ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**   CC: PRETRIAL                7 MAH



FILED

MAY 28 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JACK,<br><br>Defendant. | Magistrate Case No. 19MJ1937<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not In Custody)** |

A complaint having been filed in the Eastern District of Michigan, charging defendant **ROBERT JACK** with wire fraud, in violation of Title 18, United States Code, Section 1343. Defendant **ROBERT JACK** was arrested on May 9, 2019 in the Southern District of California, pursuant to the out of district arrest warrant related to said complaint. Defendant **ROBERT JACK** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **ROBERT JACK**, appear before the Duty Magistrate, in the Eastern District of Michigan, Theodore Levin U.S. Courthouse, located at 231 W. Lafayette Blvd., Room 694, Detroit, Michigan, on Thursday, June 13, 2019, at 1:00 p.m., for further proceedings.

DATED: 5/28/19

HON. KAREN S. CRAWFORD
**United States Magistrate Judge**
**Southern District of California**