UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                          Criminal No. 19-mj-30227

v.

Robert Jack,

    Defendant.

---

**STIPULATION FOR ADJOURNMENT OF PRELIMINARY HEARING AND FOR EXTENSION OF TIME IN WHICH TO INDICT**

---

The United States of America and defendant, Robert Jack, hereby stipulate and agree to the following:

1. On June 13, 2019, he made his initial appearance on the Complaint.

2. The parties are engaged in pre-indictment plea negotiations and the parties desire to continue plea negotiations through at least January 31, 2020. The parties agree that this constitutes good cause for an adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d)

WHEREFORE, the parties request this Court to (1) adjourn the preliminary hearing from November 8, 2019 through January 31, 2020, and (2) make findings concerning excludable delay in accordance with this stipulation.

MATTHEW SCHNEIDER
Acting United States Attorney

| | |
|---|---|
| */s/ Timothy Wyse* | *s/ S. Allen Early with consent* |
| Timothy Wyse | S. Allen Early with consent |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 607 Shelby Street , Suite 425, |
| Detroit, MI  48226 | Detroit, MI 48226 |
| Timothy.Wyse@usdoj.gov | 313-962-2320 |
| (313) 226-9144 | |

Dated:  November 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                           Criminal No. 19-mj-30227

Robert Jack,

    Defendant.

## ORDER ADJOURNING PRELIMINARY HEARING AND EXTENDING TIME IN WHICH TO INDICT

    This matter coming before the Court on the stipulation of the government and defendant Robert Jack, for the reasons stated in the stipulation, the Court

    (1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment plea negotiations from November 8, 2019 through January 31, 2020;

    (2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

    (3) adjourns the preliminary hearing in this case from November 8, 2019 through January 31, 2020;

2

(4) And that the period from November 8, 2019 through January 31, 2020, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

|  |  |
|---|---|
| Date:   November 5, 2019 | s/Elizabeth A. Stafford<br>Elizabeth A. Stafford<br>United States Magistrate Judge |